**STATE of Louisiana ex rel. W. J. MYERS v. L. O. RENEAU et al.**

No. 5296.

Court of Appeal of Louisiana. Second Circuit.

June 4, 1936.

Hoye Grafton, of Shreveport, for appellants.

Mabry & Carstarphen, of Shreveport, for appellee.

DREW, Judge.

This case was fixed for trial on a motion to dismiss the appeal, and also on a writ of certiorari to the clerk of the district court to order him to complete the record.

On the day fixed for trial, the attorneys for both plaintiff and defendants appeared in open court and requested that the appeal be dismissed.

It is therefore ordered, adjudged, and decreed that the appeal in this case be dismissed, at appellants' cost.